IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN ALLAN GRANGER | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 10-6941 |
| DARRELL C. DETHLEFS ET AL. | : |

**O R D E R**

**AND NOW**, this  2nd  day of   June  , 2014, upon consideration of Defendants' Motions to Dismiss Under Rule 12(b) for Failure to State a Claim (ECF Nos. 5, 6), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motions are **GRANTED**.  Plaintiff's Complaint is **DISMISSED**, and the Clerk of Court is directed to mark this case **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**